**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**DON M. ANDREW, JR.**                                    **CIVIL ACTION**

**VERSUS**                                                **NO. 15-2097**

**ST. TAMMANY PARISH SHERIFF**                            **SECTION "G" (3)**


**O R D E R**

     The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

     **IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

     **NEW ORLEANS, LOUISIANA,** this __11th__ day of April, 2016.


**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**